In the Matter of HEADWEAR IMPORTERS, INC., Respondent, Relative to Unemployment Insurance Contributions under Article 18 of the Labor Law. EDWARD CORSI, as Industrial Commissioner, Appellant.— Appeal by the Industrial Commissioner from a decision of the Unemployment Insurance Appeal Board, which affirmed a decision of an Unemployment Insurance Referee, modifying an assessment for unemployment insurance taxes. The issues are whether a letter from the employer was a proper application to cease to be subject to taxes under the statute, and whether under all the circumstances there was a sufficient compliance with the statute. The Referee and the Board decided these issues in favor of the employer. Decision affirmed, without costs. Hill, P. J., Bliss, Brewster and Foster, JJ., concur; Heffernan, J., dissents and votes to reverse.

In the Matter of ALL METALS APPLICATION CORPORATION, Respondent, Relative to Unemployment Insurance Contributions under Article 18 of the Labor Law. EDWARD CORSI, as Industrial Commissioner, Appellant.— The same question is involved in this case as in *Matter of Headwear Importers, Inc. (Corsi) (ante,* p. 842, decided herewith). Decision affirmed, with costs against the Industrial Commissioner. Hill, P. J., Bliss, Brewster and Foster, JJ., concur; Heffernan, J., dissents and votes to reverse.

In the Matter of UNITED STATES PENCIL CO., INC., Respondent, Relative to Unemployment Insurance Contributions under Article 18 of the Labor Law. EDWARD CORSI, as Industrial Commissioner, Appellant.— Appeal by the Industrial Commissioner from a decision of the Unemployment Insurance Appeal Board, dated March 15, 1944, modifying the decision of an Unemployment Insurance Referee, dated October 27, 1943, which sustained the determination of the Industrial Commissioner that respondent was liable for additional contributions on the earnings of its employees, including those of persons performing services in their own homes. The Board modified the Referee's decision by eliminating therefrom the earnings of those persons performing such services in their own homes prior to April 1, 1939, and holding that they were not employees. The status of those persons subsequent to that date is not in issue as respondent concedes that they were its employees thereafter and that it was liable for and paid contributions on their earnings after that date. The status of the alleged employees was a disputed issue of fact and there is substantial evidence to sustain the finding of the Unemployment Insurance Appeal Board. There is testimony that there was no supervision or control whatsoever over them. While concededly the Board might have found to the contrary, it did not do so. Determination confirmed, with costs to the respondent against the appellant. Hill, P. J., Bliss, Brewster and Foster, JJ., concur; Heffernan, J., dissents, on the authority of *Andrews* v. *Commodore Knitting Mills, Inc.* (257 App. Div. 515).

In the Matter of the Claim of VERNON ANDRADE, Appellant. RENS ENTERPRISE CORPORATION, Respondent. EDWARD CORSI, as Industrial Commissioner, Respondent.— This is an appeal from a decision of the Unemployment Insurance Appeal Board which reversed the decision of an Unemployment Insurance Referee holding claimant to be an employee of respondent. In reversing the Referee the Board found that appellant was not an employee of the corporation but was an independent contractor. The evidence sustains the finding. Decision of the Board affirmed, without costs. All concur.